154 A.3d 697

JONATHAN FANNING, PLAINTIFF-PETITIONER, v. TOWNSHIP OF HILLSIDE, DEFENDANT-RESPONDENT.

October 21, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-004925-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

154 A.3d 697

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. DONNELL JONES, DEFENDANT-RESPONDENT.

October 21, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003396-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.